

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-12-00633-CV

**REAL PROPERTY LOCATED AT 141 DERWEN, FREDERICKSBURG, TEXAS AND THE OAKWOOD 16'X72' SINGLE SECTION MANUFACTURED HOME SERIAL NO. HOTX088076699**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 216th Judicial District Court, Gillespie County, Texas
Trial Court No. 12,843
Honorable N. Keith Williams, Judge Presiding

BEFORE JUSTICE MARION, JUSTICE MARTINEZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED.

SIGNED February 26, 2014.

_____
Rebeca C. Martinez, Justice